UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERNON McNEAL,<br><br>        Plaintiff,<br><br>   v.<br><br>UNKNOWN,<br><br>        Defendant. | No.  2:14-cv-2121 KJN P<br><br><br>ORDER TO SHOW CAUSE |

      Plaintiff failed to file an initial pleading.  Fed. R. Civ. P. 3.  By order filed September 23, 2014, plaintiff was ordered to file, within thirty days, a complaint or petition, and to pay the filing fee or submit an application to proceed in forma pauperis.  (ECF No. 3.)  Plaintiff was warned that failure to comply with the order would result in a recommendation that this matter be dismissed.  Subsequently, plaintiff consented to proceed before the undersigned for all purposes.  See 28 U.S.C. § 636(c).  However, thirty days have now passed, and plaintiff has not filed a complaint or a petition, paid the filing fee or filed an application to proceed in forma pauperis, or otherwise responded to the court's order.

////

////

////

////

1

1    Accordingly, IT IS HEREBY ORDERED that plaintiff show cause, within fourteen days,
2 why this action should not be dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P.
3 41(b).
4 Dated: October 29, 2014

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

6 /mcne2121.ftc