UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERNON McNEAL, | No. 2:14-cv-2121 KJN P |
| Plaintiff, | |
| v. | ORDER |
| UNKNOWN, | |
| Defendant. | |

By order filed September 23, 2014, plaintiff was directed to file, within thirty days, a complaint or a petition and to pay the filing fee or submit an application to proceed in forma pauperis. (ECF No. 5.) On September 23, 2014, plaintiff was ordered to show cause, within fourteen days, why this action should not be dismissed based on plaintiff's failure to comply with the prior order. On November 5, 2014, plaintiff filed a response to the order to show cause stating that he submitted his complaint and application to proceed in forma pauperis to prison officials on October 23, 2014, but does not know why they have not yet been mailed to the court. Plaintiff states he will immediately inquire of the librarian and mail room.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's filing (ECF No. 6) is construed as a motion for an extension of time and is granted;

////

     2. Plaintiff is granted thirty days from the date of this order in which to comply with the September 23, 2014 order; and

     3. The order to show cause (ECF No. 5) is discharged.

Dated: November 10, 2014

/mcne2121.36

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE