UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERNON MCNEAL,<br><br>        Plaintiff,<br><br>   v.<br><br>UNKNOWN,<br><br>        Defendants. | No. 2:14-cv-2121 KJN P<br><br><br>ORDER |

Plaintiff consented to proceed before the undersigned for all purposes. See 28 U.S.C. § 636(c). By order filed September 23, 2014, plaintiff's initial filing, a letter, was denied, and thirty days leave to file a civil rights complaint or petition for writ of habeas corpus was granted. Thirty days passed, and plaintiff did not comply with the order. On October 29, 2014, plaintiff was ordered to show cause why this action should not be dismissed without prejudice. Plaintiff filed a response to the order to show cause, which was construed as a request for extension of time. On November 10, 2014, plaintiff was granted an additional thirty days in which to comply with the September 23, 2014 order. More than thirty days have now expired, and plaintiff has not filed a civil rights complaint or habeas corpus petition, or otherwise responded to the court's order.

////

////

1

1  Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice.
2  See Local Rule 110; Fed. R. Civ. P. 41(b).
3  Dated:  March 18, 2015

/mcne2121.fta

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE